*C. H. Parker, solicitor,* contra.

---

### 13831.  ODUM *v.* THE STATE.

LUKE, J.  The evidence fully authorized the verdict, and there is no merit in the special grounds of the motion for a new trial.  It was not error to overrule the motion for a new trial.

> *Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED DECEMBER 12, 1922.

Indictment for possessing liquor; from McIntosh superior court — Judge Sheppard.  June 23, 1922.

*Tyson & Tyson,* for plaintiff in error.

*J. Saxton Daniel, solicitor-general,* contra.

---

### 13843.  NEWSOME *v.* THE STATE.

LUKE, J.  The evidence fully authorized the defendant's conviction.  The special ground of the amended motion for a new trial is without merit, as the refusal to direct a verdict is never error.  It was not error to overrule the motion for a new trial.

> *Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED DECEMBER 12, 1922.

Indictment for larceny after trust; from Clay superior court — Judge Worrill.  June 17, 1922.

*E. R. King,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.